IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERRY WILLIAMS,                                                                    PETITIONER

V.                                                                                 NO. 1:05CV119-D-D

CLAY COUNTY JAIL, ET AL,                                                           RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**SO ORDERED**, this the 30th day of June, 2005.


                                              /s/ Glen H. Davidson
                                              CHIEF JUDGE